UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CALVIN DANIEL

      **Plaintiff,**

vs.                                          Case No.  2:15-cv-00048-WCO-JCF

**COLLECTO, INC.,**
**d/b/a EOS CCA,**

      **Defendant.**
_____/

## COMPLAINT

Plaintiff, CALVIN DANIEL ("Plaintiff"), alleges the following Complaint against Defendant, COLLECTO, INC., d/b/a EOS CCA. ("Defendant").

1. This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq.

2. The FDCPA was enacted "to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e).

## PARTIES

3. Plaintiff is an individual residing in Gainesville, Georgia.

4. Plaintiff is a "consumer" within the meaning of the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant is a Massachusetts corporation with its principle place of business located in Norwell, Massachusetts.

6. At all relevant time, Defendant has engaged in the business attempting to collect consumer debts in the State of Georgia and within the Northern District of Georgia.

7. Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) as its principal purpose is the collection of debt or it regularly collects or attempts to collect debts owed or due or asserted to be owed or due another and uses the mails to and collect debts.

### JURISDICTION AND VENUE

8. This Court has jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

9. Venue is proper in the Northern District of Georgia pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in the Northern District of Georgia.

### GENERAL ALLEGATIONS

10. On August 8, 2014, the Defendant sent or caused to be sent to Plaintiff, via U.S. Mail, a letter attempting to collect a debt or financial obligation allegedly incurred by Plaintiff for primarily personal, family, or household purposes (hereinafter letter) and Plaintiff received it shortly thereafter. A copy of the letter is attached hereto as **Exhibit A.**

11. The letter is a "communication" pursuant to the FDCPA, 15 U.S.C. § 1692a(2).

12. The letter lists the original creditor as AT&T Mobility.  The letter alleges that the principal amount owed for this creditor is $930.23.  The letter then states that fees and collection costs are also owed in amount of $1069.75.  The letter goes on to list a total due of $1069.75.

13. The letter is a violation of the FDCPA because the agreement between Plaintiff and the original creditor AT&T does not provide for collection fees.  As such, the Defendant is asserting a right to collect fees and costs which are unlawful and illegal under the terms of the contract which the alleged debt originated.

## COUNT I - VIOLATON OF 15 U.S.C. § 1692f(1)

14. Plaintiff incorporates by reference paragraphs 1 through 13 of this Complaint as though fully stated herein.

15. The foregoing acts and omissions of Defendant violate 15 U.S.C. § 1692f(1) because the Defendant is seeking fees and collections costs which are not explicitly provided for in the original agreement from which this alleged debt originates.

16. As a result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C § 1692k, Plaintiff is entitled to statutory damages in an amount up to $1,000, plus reasonable attorneys' fees and costs.

## RELIEF SOUGHT

WHEREFORE, Plaintiff requests that the Court enter judgment:

    i. Adjudging the Defendant violated 15 U.S.C. §1692f(1).

    ii. The maximum amount of statutory damages pursuant to 15 U.S.C. § 1692k;

    iii. Attorneys' fees, litigation expenses and costs pursuant to 15 U.S.C. § 1692k(a)(3); and

    iv. For such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

**Dated: March 16, 2015**            Respectfully submitted,

/s/ Kenneth LaVan
Kenneth L. LaVan, Esq.
GA. Bar No. 322045
aneidenberg@disabilitylawclaims.com
7067 D West Broward Boulevard
Plantation, FL 33317
954-617-2202
(954) 523-3871 (Facsimile)
*Attorney for Plaintiff*